PROB 12C
(6/16)

Report Date: May 13, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason Holt | Case Number: 0980 2:21CR00017-TOR-1 |
| Address of Offender: | Reardan, Washington 99029 |

Name of Sentencing Judicial Officer:  The Honorable David Counts, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 16, 2018

| | | |
|---|---|---|
| Original Offense: | Aiding and Abetting Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2 | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: August 7, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 6, 2023 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another federal, state or local crime during the term of supervision.<br><br>**Supporting Evidence**: It is alleged that on May 13, 2021, Mr. Jason Holt violated the terms of his supervised release by committing the offense of second degree domestic violence.<br><br>Mr. Holt's conditions of supervised release were reviewed with him on August 10, 2020, and he acknowledged an understanding of the terms and conditions of his supervised release.<br><br>On May 13, 2021, at approximately 1:14 a.m., per Spokane Police Department (SPD) report 2021-200076366, officers were dispatched to an apartment after a caller heard banging, slamming sounds, and a female scream. Upon arriving on scene, an SPD officer noticed broken glass outside of the apartment.  A female answered the door and told the SPD officer that her boyfriend, Mr. Holt, had choked her. The female revealed multiple marks on the lower left side of her neck which were red in color and approximately 1-inch in length. |

Prob12C
Re: Holt, Jason
May 13, 2021
Page 2

Upon the SPD officer interviewing the female further, she indicated Mr. Holt accused her of being pregnant and not knowing who the father was, in which he then pushed her up against a dresser and threw her onto a bed. Mr. Holt then got behind her and wrapped his right arm around her from behind and strangled her for under a minute until she began crying. The female explained to the SPD officer that while being strangled by Mr. Holt, it felt like her head was going to "pop," and she was unable to breathe or speak. The female stated Mr. Holt has strangled her in the past using the same method as on this date. Mr. Holt left the apartment prior to SPD arriving and he was not located thereafter.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/13/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

May 13, 2021
Date