PROB 12C
(6/16)

Report Date: July 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Holt     Case Number: 0980 2:21CR00017-TOR-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, Reardan, Washington 99029

Name of Sentencing Judicial Officer: The Honorable Walter David Counts, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 16, 2018

| | |
|---|---|
| Original Offense: | Aiding and Abetting Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2 |
| Original Sentence: | Prison - 37 months    Type of Supervision: Supervised Release |
|  | TSR - 36 months |
| Asst. U.S. Attorney: | Earl Hicks    Date Supervision Commenced: August 7, 2020 |
| Defense Attorney: | Federal Defender Office    Date Supervision Expires: August 6, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/13/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: The defendant shall not unlawfully possess a controlled substance. |
| | **Supporting Evidence**: It is alleged that on May 13, 2021, Mr. Jason Holt violated the terms of his supervised release by being in possession of methamphetamine. |
| | Mr. Holt's conditions of supervised release were reviewed with him on August 10, 2020, and he acknowledged an understanding of the terms and conditions of his supervised release. |
| | On May 13, 2021, per Spokane Police Department (SPD) report 2021-20076366, Mr. Holt was alleged to have committed the offense of assault in the second degree, as reported in violation number 1 on the petition dated May 13, 2021. After this alleged incident on May 13, 2021, at approximately 7:22 p.m., Mr. Holt was later contacted and subsequently arrested by the SPD. Per a supplemental report on case number 2021-20076366, Mr. Holt was searched incident to arrest and a suspect bag of methamphetamine was located on Mr. Holt's person. |

Prob12C
**Re: Holt, Jason**
**July 15, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/15/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

July 15, 2021
Date