```
PROB 12C
(6/16)
```
Report Date: July 16, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason Holt | Case Number: 0980 2:21CR00017-TOR-1 |
| Address of Offender: | , Reardan, Washington 99029 |

Name of Sentencing Judicial Officer: The Honorable Walter David Counts, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 16, 2018

| | |
|---|---|
| Original Offense: | Aiding and Abetting Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2 |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| Date Supervision Commenced: | August 7, 2020 |
| Defense Attorney: | Federal Public Defender |
| Date Supervision Expires: | August 6, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/13/2021, and 07/15/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Holt committed the offense of violating a pretrial domestic violence no-contact order a minimum of seven times beginning on May 18, to July 15, 2021.<br><br>Mr. Holt's conditions of supervised release were reviewed with him on August 10, 2020, and he acknowledged an understanding of the terms and conditions of his supervised release.<br><br>On May 13, 2021, per Spokane Police Department (SPD) report 2021-20076366, Mr. Holt was arrested after he was alleged to have committed the offense of second degree assault, as reported in violation number 1 on the petition dated May 13, 2021. Per SPD report 2021-20118579, on May 14, 2021, in Spokane Superior Court, a pretrial domestic violence no-contact order was issued and served in open Court, which listed Davia Larae Williams as the protected person and Mr. Holt as the defendant. This order will expire on May 14, 2099. Section 2B of the order instructed Mr. Holt to "not contact the protected person, directly, |

Prob12C
Re: Holt, Jason
July 16, 2021
Page 2

indirectly, in person or through others, by phone, mail, or electronic means."

Mr. Holt has remained in continuous custody at the Spokane County Jail since May 13, 2021. SPD report 2021-20118579 indicates that it is common for domestic violence inmates to call alleged victims using fellow inmates personal identification numbers (PIN) to make contact with the victims in an attempt to avoid being caught violating no-contact orders. Using the Spokane County Jail call tracking application, the SPD detective searched calls made to Ms. Williams' phone numbers, to include her mother's number. The SPD detective noted that due to the high volume of calls to Ms. Williams' number, the detective was not able to review all the calls, though he reviewed seven phone calls in which he recognized Mr. Holt's voice after he used fellow inmates PIN's to communicate with Ms. Williams, whose voice the detective also recognized. Mr. Holt and Ms. Williams' conversations consisted of various topics, to include discussing Mr. Holt's pending second degree assault charge. On July 15, 2021, Mr. Holt was charged with seven counts of felony domestic violence order of protection violations. The detective noted that this case represents a small fraction of phone calls Mr. Holt has made to Ms. Williams during the 2 months he has been incarcerated. Further this does not include the 680 phone calls Mr. Holt has made to Ms. Williams on an alternate phone number she gave him.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 15, 2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

July 16, 2021
Date