PROB 12C
(6/16)

Report Date: August 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason Holt | Case Number: 0980 2:21CR00017-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Spokane, Washington 98207 |

Name of Sentencing Judicial Officer: The Honorable Walter David Counts, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 16, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Aiding and Abetting Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924 (a)(2) and 2 | | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: July 26, 2022 | |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: July 25, 2024 | |

### PETITIONING THE COURT

To issue a summons.

On July 26, 2022, Mr. Holt's conditions of supervised release were reviewed with him and he acknowledged an understanding of the terms and conditions of his supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Jason Holt violated the terms of his conditions by committing the offense of third degree theft on August 23, 2022.<br><br>On August 23, 2022, at approximately 4:06 p.m., per Cheney Police Department (CPD) report 1-22000812, officers were dispatched to Mitchell's Harvest Foods for an alleged theft. Upon arrival, officers spoke with a store associate who showed the officer surveillance video footage of two suspects, later identified as Davia Williams and Jason Holt. In the video, Ms. Williams is seen carrying a white box, which the store associate identified to be a box of fried chicken valued at $14.99. As Ms. Williams is exiting the grocery store, Mr. Holt changes direction and walks toward the check stand and hesitates as if he is attempting to distract the employee from noticing Ms. Williams exiting. |

Prob12C
Re: Holt, Jason
**August 26, 2022**
Page 2

      The court date for this pending charge is unknown at this time.

2     **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

     **Supporting Evidence**: It is alleged that Mr. Holt has violated his conditions of supervision by using marijuana on or about August 22, 2022, and methamphetamine on or about August 26, 2022.

     On August 26, 2022, Mr. Holt reported to the U.S. Probation Office at the direction of the undersigned officer. After questioning Mr. Holt during a random urinalysistest, if his drug test would be positive for any illicit substances, he admitted using marijuana on or about August 22, 2022. He submitted to a urinalysis test, which returned presumptive positive for methamphetamine. He denied use. The urine sample was sent to the laboratory for further testing. The lab results are pending. Mr. Holt's test was negative for marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 26, 2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other
[X]    Defendant to appear before the Magistrate Judge.

*Thomas O. Rice*

Thomas O. Rice
United States District Judge

August 30, 2022
Date