PROB 12C
(6/16)

Report Date: September 19, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Holt                                   Case Number: 0980 2:21CR00017-TOR-1

Address of Offender: ███████████████████████████████ Spokane, Washington 98207

Name of Sentencing Judicial Officer: The Honorable David Counts, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 16, 2018

| | | |
|---|---|---|
| Original Offense: | Aiding and Abetting Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924 (a)(2) and 2 | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/17/2021) | Prison - 12 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: July 26, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: July 25, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/30/2022.

On July 26, 2022, Mr. Holt's conditions of supervised release were reviewed with him and he acknowledged an understanding of the terms and conditions of his supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Holt violated his conditions of supervision by using methamphetamine on or about August 30, and September 8 and 10, 2022.<br><br>On August 30, 2022, Mr. Holt reported to the U.S. Probation Office as instructed and provided a urinalysis test which returned presumptive positive for methamphetamine, he admitted use. The contract laboratory confirmed a positive test.<br><br>On September 8, 2022, Mr. Holt provided a urinalysis test at Pioneer Human Services that tested positive for methamphetamine and was confirmed by the contract laboratory. |

Prob12C
Re: Holt, Jason
September 19, 2022
Page 2

                On September 14, 2022, Mr. Holt reported to the U.S. Probation Office as instructed and provided a urinalysis test which returned presumptive positive for methamphetamine, he admitted last using methamphetamine on September 10, 2022.

| 4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|---|---|

                **Supporting Evidence**: It is alleged that Mr. Holt is in violation of his conditions of supervised release for failing to appear for random urinalysis testing at Pioneer Human Services (PHS) on September 1, 2022.

                On September 1, 2022, the color for the day for urinalysis testing at Pioneer (PHS) was Gold 2, Mr. Holt's assigned color for random urinalysis testing. The undersigned officer was notified by PHS that he failed to appear for urinalysis testing as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

            I declare under penalty of perjury that the foregoing is true and correct.

                    Executed on:   09/19/2022

                                  s/Courtney Hambel

                                  Courtney Hambel
                                  U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

                                              Signature of Judicial Officer

                                              9/20/2022
                                              Date