PROB 12C
(6/16)

Report Date: August 29, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Holt                    Case Number: 0980 2:21CR00017-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 16, 2018

| | | |
|---|---|---|
| Original Offense: | Aiding and Abetting Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924 (a)(2) and 2 | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/17/2021) | Prison - 37 months<br>TSR - 24 months | |
| Revocation Sentence:<br>(01/19/2023) | Prison - 8 months<br>TSR - 16 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: August 25, 2023 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: December 24, 2024 |

## PETITIONING THE COURT

To issue a **warrant**.

On August 29, 2023, Mr. Holt was scheduled to meet with the assigned probation officer, in order to review the conditions of supervision as outlined in the judgment and sentence, but the offender failed to report for that appointment as scheduled.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: On or about August 26, 2023, Jason Holt allegedly violated special condition number 2 by failing to report to the RRC as required.<br><br>On August 26, 2023, this officer received notification from the residential reentry center (RRC) advising that Mr. Holt failed to report as scheduled. |

Prob12C
**Re: Holt, Jason**
**August 29, 2023**
**Page 2**

On August 28, 2023, the offender contacted this officer. He claimed that his Bureau of Prisons (BOP) case manager was unclear about his requirement to report to the RRC. This officer did although note for Mr. Holt that the release paperwork, which he was required to sign prior to his release from custody, lists the address of the RRC as his release address.

2    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about August 28, 2023, Jason Holt allegedly violated special condition number 5 by consuming methamphetamine and amphetamine.

On August 28, 2023, Mr. Holt reported to the U.S. Probation Office for random urinalysis testing as instructed by this officer. The offender subsequently provided a urine sample that tested presumptive positive for amphetamine and methamphetamine. Initially, Mr. Holt claimed he had consumed illicit substances while in custody, but refused to provide the probation officer any further information.

The offender ultimately signed a denial of use form, denying the use of any illicit substances.

3    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On August 29, 2023, Jason Holt allegedly violated standard condition number 2 by failing to report to the U.S. Probation Office for his initial intake as instructed.

On August 28, 2023, the offender contacted the undersigned officer to advise he did not report to the RRC; instead, Mr. Holt stated he had spent the weekend at his girlfriend's apartment. In response to his noncompliant behavior, the offender was instructed to report to the U.S. Probation Office for random urinalysis testing later that same date. Additionally, Mr. Holt was instructed to report to the U.S. Probation Office at 8:30 a.m. on August 29, 2023, in order to complete his initial intake.

On August 29, 2023, the offender failed to report as instructed, and he made no attempt to contact the undersigned to advise of any issue that would prohibit him from reporting as instructed. As of the writing of this report, Mr. Holt's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/29/2023

s/Amber M. K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

**Prob12C**
**Re: Holt, Jason**
**August 29, 2023**
**Page 3**


THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Thomas O. Rice
United States District Judge

_____
August 30, 2023
Date