PROB 12C
(6/16)

Report Date: October 20, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason Holt | Case Number: 0980 2:21CR00017-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable David Counts, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 16, 2018

| | | |
|---|---|---|
| Original Offense: | Aiding and Abetting Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924 (a)(2) and 2 | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/17/2021) | Prison - 12 months<br>TSR - 24 months | |
| Revocation Sentence:<br>(01/19/2023) | Prison - 8 months<br>TSR - 16 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: August 25, 2023 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 24, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/29/2023.

On August 29, 2023, Mr. Holt was scheduled to meet with the assigned probation officer to review the conditions of supervision as outlined in the judgment and sentence, but the offender failed to report for that appointment as scheduled.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: On or about October 5, 2023, Jason Holt allegedly violated standard condition number 3 by traveling to the Western District of Washington, without getting permission from the Court or the probation officer. |

Prob12C
**Re: Holt, Jason**
**October 20, 2023**
**Page 2**

On October 5, 2023, this officer received notification from the United States Probation Office in the Western District of Washington that the offender had been arrested in their district and was scheduled to appear in Court later that date.

It should be noted, although Mr. Holt failed to report for his initial intake on August 29, 2023, he had previously been on federal supervision and was aware that travel outside of his authorized federal judicial district must be approved in advance. The offender neither requested nor received authorization to travel to the Western District of Washington.

5 **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On or about October 5, 2023, Jason Holt allegedly violated mandatory condition number 1 by Possessing/Receiving Stolen Property, in violation of RCW 9A.56.140.

As outlined in and an incident report from Federal Way Police Department, officers reported to the New Horizon Motel on October 5, 2023, for a reported stationary stolen vehicle. According to law enforcement, the vehicle (a 2021 Toyota Camry) had been reported stolen by Enterprise Rental Car, who had tracked the vehicle to that location.

The vehicle was reportedly rented in Spokane on September 10, 2023, and when it was not returned on September 15, 2023, Enterprise reported the vehicle stolen.

Upon review of the motel's video surveillance, officers noted that a male and female were seen exiting the vehicle and entering room #107; the male was seen getting out of the driver's side of the vehicle. When law enforcement attempted to make contact with the occupants of room #107, there was no answer. Officers then sought the assistance of the hotel manager who advised that room #107 had been rented to two occupants, including Mr. Holt.

While officers were in the process of recovering the vehicle, two individuals were seen exiting room #107. When law enforcement made contact with the couple, the offender had the keys to the vehicle in his hand, and was subsequently detained. Those individuals were later identified as Jason Holt, who initially provided officers with his brother's name, and his girlfriend.

A search of the stolen vehicle ultimately yielded a window punch (in the center console) and a set of shaved keys (in the glove box). The officer noted in the police report that he "recognize(s) these items as ones that are commonly possessed by auto thieves."

As of the writing of this report, this officer is not aware if new charges will be filed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Holt, Jason**
**October 20, 2023**
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/20/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

October 20, 2023

Date